UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN LOUDERMILK and TIFFANY LOUDERMILK, individually and as parents and next friends of Brittany Renee Nash, Dakota James Loudermilk, Kristin Grace Loudermilk, Faith Rose Loudermilk, and Montana Vaughn Loudermilk, minor children,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>MICHAEL DANNER,<br><br>        Defendant - Appellant,<br><br>RICHARD GAGNON,<br><br>        Defendant - Appellant,<br><br>JOSHUA RAY,<br><br>        Defendant - Appellant,<br><br>JOSEPH SOUSA, Maricopa County Deputy Sheriffs, individually and in their official capacity,<br><br>        Defendant - Appellant,<br><br>  and<br><br>JOSEPH M. ARPAIO, | No. 10-15980<br><br>D.C. No. 2:06-cv-00636-EHC District of Arizona, Phoenix<br><br><br>ORDER |

Defendant,

JULIE RHODES,

Defendant,

RHONDA CASH,

Defendant,

JENNA CRAMER,

Defendant.

Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

The panel has voted to deny the petition for panel rehearing and to deny the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.

The memorandum disposition filed on September 12, 2011 is hereby amended by substituting "Calabretta v. Floyd, 189 F.3d 808 (9th Cir. 1999)" for "Calabretta v. Floyd, 189 F.3d 808 (9th Cir. 2009)" on page 4. No further petitions shall be entertained.